# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: _____

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ in _____ county, in the _____ District of _____ defendant(s) did, (Track Statutory Language of Offense)

in violation of Title _____ United States Code, Section(s) _____.

I further state that I am a(n) _____ and that this complaint is based on the following facts:
Official Title

Continued on the attached sheet and made a part hereof: ☐ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____ at _____
Date                                City and State

_____       _____
Name & Title of Judicial Officer       Signature of Judicial Officer